445 A.2d 232

Commonwealth v. Otto, Appellant.

 Submitted February 2, 1982. Gary Spohn Fron-
heiser, Assistant Public Defender, for appellant; George C.
Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Judgment of sentence affirmed.